**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DWIGHT ALEXANDER, et al.**                                                         **PLAINTIFFS**

**v.**                           **4:07CV00754-WRW**

**BAYVIEW LOAN SERVICING, LLC**                                      **DEFENDANTS**

<u>**JUDGMENT**</u>

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 19th day of December, 2007.


                                                     /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE